UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

 vs.

LANISE MOODY,

  Defendant.
_____/

FILED - GR
February 8, 2024 3:54 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /2/8

Hon.
United States District Judge

**FELONY INFORMATION**

**1:24-cr-16**
**Janet T. Neff**
**U.S. District Judge**

The United States Attorney charges:

### Unlawful Use of a Communication Facility in Causing or Facilitating the Commission of Felonies under the Controlled Substances Act

On or about December 1, 2022, in Ingham County, in the Southern Division of the Western District of Michigan, and in Wayne County, in the Eastern District of Michigan, and elsewhere, the Defendant,

**LANISE MOODY,**

knowingly and intentionally used a communication facility, namely, a cellular phone, in facilitating the commission of an act, or acts, constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1), that is, conspiracy to distribute, and possess with intent to distribute, controlled substances, including methamphetamine and cocaine, both Schedule II controlled substances.

21 U.S.C. § 843(b)
21 U.S.C. § 843(d)(1)

Date: February 7, 2024

MARK A. TOTTEN
United States Attorney

*(signature)*

STEPHANIE M. CAROWAN
AUSTIN J. HAKES
Assistant United States Attorneys